FILED: April 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1403
(2:14-cv-27781)
(5:12-cv-06854)

_____

JEFFREY C. SKEENS, as Administrator of the Estate of Grover Skeens;
CAROLYN D. DAVIS, as Administratrix of the Estate of Charles T. Davis;
OWEN T. DAVIS, as Administrator of the Estate of Cory Davis

        Plaintiffs - Appellants

v.

ALPHA NATURAL RESOURCES, INCORPORATED; ALPHA APPALACHIA
HOLDINGS, INCORPORATED, f/k/a Massey Energy Company

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:14-cv-27781<br>5:12-cv-06854 |
| Date notice of appeal filed in originating court: | 04/16/2015<br>04/16/2015 |
| Appellant (s) | Jeffrey C. Skeens, Carolyn D. Davis, Owen T. Davis |

| Appellate Case Number | 15-1403 |
|---|---|
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |